UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TIMOTHY R.J.**,

    **Plaintiff,**

  v.                                          Civil Action 3:22-cv-216
                                                  Magistrate Judge Chelsey M. Vascura

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorneys' fees, costs, and expenses in the amount of $6,093.05.  (ECF No. 15.)  The Commissioner does not object to the award.  (ECF No. 17.)  For good cause shown, Plaintiff's Motion (ECF No. 15) is **GRANTED**.  It is therefore **ORDERED** that:

1. Plaintiff is **AWARDED** attorneys' fees in the amount of $6,093.05, no expenses, and no costs;

2. Counsel for the parties shall verify whether Plaintiff owes a pre-existing debt to the United States that is subject to offset, consistent with *Astrue v. Ratliff,* 560 U.S. 586, 597–98 (2010).  If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of the Court.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE